UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DALE ROBERTSON,<br><br>       Plaintiff,<br><br> -against-<br><br>CONWAY MARTINDALE, ESQ.;<br>MARTINDALE AND ASSOCIATES, PLLC,<br><br>       Defendants. | 1:22-CV-2801 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued May 16, 2022, dismissing this action for lack of subject matter jurisdiction,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated: May 16, 2022
    New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge